IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIELLE LARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cv-1241-SMY |
| | ) |
| CANADIAN NATIONAL ILLINOIS CENTRAL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 60), recommending the dismissal of Plaintiff's Complaint. Plaintiff has not filed an objection to Judge Sison's Report. For the following reasons, Judge Sison's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Here, after a thorough review of the record, Judge Sison recommends that Plaintiff's case be dismissed as a sanction for her failure to prosecute, failure to participate in discovery, and failure to comply with court orders (Doc. 60).

On September 5, 2025, the Court referred Defendant's motion to compel discovery to Judge Sison (Doc. 55). Subsequently, on September 8, 2025, the Court granted Defendant's

motion to extend discovery and reminded Plaintiff that failure to participate in discovery could result in the dismissal of the case (Doc. 56). On October 16, 2025, Plaintiff failed to appear for the hearing on the motion to compel (Doc. 58). On the same day, Judge Sison issued an Order to Show Cause, directing Plaintiff to show cause by November 6, 2025 why she failed to respond to the motion and why she failed to attend the hearing (Doc. 59). The Order also warned that failure to respond may result in the dismissal of the case (*Id.*). Plaintiff again did not respond.

The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety. Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Defendant's Motion to Compel (Doc. 52) is **DENIED as MOOT**. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED: December 1, 2025

**STACI M. YANDLE**
**United States District Judge**